# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| N.M.M., : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | CASE NO.: 7:26-CV-19 (LAG) |
| : | |
| Warden, IRWIN COUNTY : | |
| DETENTION CENTER, *et al.*, : | |
| : | |
| Respondents. : | |
| : | |

## ORDER

Before the Court is Petitioner's Petition for a Writ of Habeas Corpus (Doc. 1). Petitioner is a native and citizen of Honduras who entered the United States in 2007 without inspection and has resided in the United States since then. (Doc. 1 at ¶ 1). Petitioner was recently taken into United States Immigration and Customs Enforcement (ICE) custody and has been detained at the Irwin County Detention Center. (Doc. 1 at ¶ 20). Petitioner contends that he is entitled to a discretionary bond hearing under 8 U.S.C. § 1226(a). Respondents argue that Petitioner is not entitled to a bond hearing because he is detained under 8 U.S.C. § 1225(b)(2), which mandates detention for certain aliens, without an opportunity for a bond hearing.

As Respondents concede, however, the issue presented in this action is identical to the issue decided in *J.A.M. v. Streeval*, No. 4:25-cv-342-CDL, 2025 WL 3050094 (M.D. Ga. Nov. 1, 2025) and *P.R.S. v. Streeval*, No. 4:25-CV-330-CDL, 2025 WL 3269947 (M.D. Ga. Nov. 24, 2025). (Doc. 5 at 1–2) This Court hereby adopts the court's rationale in *J.A.M.* and *P.R.S* and finds that Petitioner's detention is governed by 8 U.S.C. § 1226(a). The Court thus grants Petitioner's Petition for a Writ of Habeas Corpus to the extent that the Court orders Respondents to provide Petitioner with a bond hearing within **SEVEN (7)**

**DAYS** of this Order to determine if Petitioner may be released on bond under § 1226(a)(2) and the applicable regulations. *See* 8 C.F.R. §§ 236.1 & 1236.1.

**SO ORDERED**, this 22nd day of January, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**